UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTWANN GARRETT and LAWRENCE MAXEY, individually, and on behalf of all current and former similarly situated welders, installers, laborers, and hourly employees, <br><br> Plaintiffs and Counter-Defendants. <br><br> v. <br><br> AQUATIC RENOVATION SYSTEMS, INC. d/b/a Renosys, d/b/a RenoSys Corp., and d/b/a Sauna Source, <br><br> Defendant and Counter-Claimant. | 1:19-cv-01509-SEB-MG |

**ORDER OF FINAL JUDGEMENT**

Having finally approved the parties' Class and Collective Action Settlement Agreement on April 15, 2021 the Court hereby DISMISSES this action without prejudice. The parties shall notify the Court when all the steps necessary to fully effectuate the settlement have been completed and shall then submit a Proposed Order of Final Judgement, dismissing this matter with prejudice. Such order shall provide that the obligations and releases set forth in the parties' Settlement Agreements shall survive such dismissal. At that time, the Court will enter an Order of Final Judgment dismissing this matter in its entirety with prejudice.

IT IS SO ORDERED.

Date: 4/15/2021

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF