UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTWANN GARRETT Individually, and on behalf of all current and former similarly situated welders, installers, laborers and hourly employees, LAWRENCE MAXEY Individually, and on behalf of all current and former similarly situated welders, installers, laborers and hourly employees, <br><br>           Plaintiffs,<br><br>   v.<br><br>AQUATIC RENOVATION SYSTEMS, INC.,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 1:19-cv-01509-SEB-MG<br>)<br>)<br>)<br>)  |

## JUDGMENT

The Court having this day made its Order directing the entry of final judgment, this action is dismissed with prejudice.

Date: 2/14/2022

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Sharlee C. Little
HACKMAN HULETT LLP
slittle@hhlaw-in.com

Andrew M. McNeil
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
amcneil@boselaw.com

Tyler John Moorhead
BOSE MCKINNEY & EVANS LLP
tmoorhead@boselaw.com

Anthony Seaton Ridolfo, Jr.
Hackman Hulett LLP
aridolfo@hhlaw-in.com